**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**SHAKINNA BRUNT**                                                                                                 **PLAINTIFF**

**V.**                                                           **NO. 3:23-CV-196-DMB-RP**

**LANDAU UNIFORMS, INC.; and
PERFORMANCE APPAREL
HOLDINGS, LLC**                                                                     **DEFENDANTS**

**ORDER**

On May 26, 2023, Shakinna Brunt filed in the United States District Court for the Northern District of Mississippi a "Verified Complaint for Violations of the Fair Labor Standards Act" against Landau Uniforms, Inc., and Performance Apparel Holding, LLC. Doc. #1. On October 13, 2023, the parties filed a "Joint Motion to Stay Pending Arbitration" representing that Brunt "signed a valid and binding Arbitration Policy and Mutual Agreement" in which she "agreed to arbitrate all claims against Defendants." Doc. #14 at 1–2.

Given the parties' decision to proceed to arbitration, the joint motion to stay [14] is **GRANTED**.[1] This case is **STAYED** pending the outcome of the parties' arbitration. The parties are **DIRECTED** to notify this Court of the outcome of arbitration within seven (7) days of the final arbitration decision.

**SO ORDERED**, this 23rd day of October, 2023.

                                                                                 **/s/Debra M. Brown**
                                                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] 9 U.S.C. § 3 authorizes federal courts to stay litigation pending arbitration:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, … shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement.